Reuben D. Nathan, Esq. (SBN 208436)
**NATHAN & ASSOCIATES, APC**
2901 W. Coast Hwy., Suite 200
Newport Beach, CA 92663
Office: (949) 270-2798
Email: rnathan@nathanlawpractice.com

Michael J. Manning, Esq. (SBN 286879)
**MANNING LAW, APC**
26100 Towne Centre Drive
Foothill Ranch, CA 92610
Office: (949) 200-8755
Email: privacy@manninglawoffice.com

Ross Cornell, Esq. (SBN 210413)
**LAW OFFICES OF ROSS CORNELL, APC**
40729 Village Dr., Suite 8 - 1989
Big Bear Lake, CA 92315
Office: (562) 612-1708
Email: rc@rosscornelllaw.com

Attorneys for Plaintiff: JOHN TASKER

[*Attorneys for Defendant on Next Page*]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TASKER, an individual, | Case No: 5:25-cv-1304-CV-SP |
| Plaintiff, | |
| v. | **JOINT NOTICE OF SETTLEMENT** |
| BMO BANK, N.A., an Illinois corporation, and DOES 1-10, inclusive, | |
| Defendants. | |

Jeffrey Jamison, Esq.
Jeffrey.Jamison@bmo.com
Legal, Regulatory Compliance, and Procurement
BMO FINANCIAL GROUP
320 South Canal Street
Chicago, IL 60606
Telephone: (312) 461-4694

Attorney for Defendant
BMO BANK, N.A., an Illinois corporation

JOINT NOTICE OF SETTLEMENT

      The Parties by and through their undersigned counsel hereby jointly give the Court notice that Plaintiff JOHN TASKER and Defendant BMO BANK, N.A. (collectively, the "Parties") have reached a settlement in this matter.

      The Parties, therefore, apply to this Honorable Court to vacate all currently set dates, including Defendant's September 29, 2025, deadline to respond to the First Amended Complaint, with the expectation that the settlement will be consummated within sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice as to Plaintiff's individual claims and without prejudice as to the class claims to be filed thereafter.

Dated: September 18, 2025    **NATHAN & ASSOCIATES, APC**

By: /s/ *Reuben D. Nathan*
Reuben D. Nathan
2901 West Coast Highway, Suite 200
Newport Beach, CA 92660
Telephone: (949)270-2798
E-Mail: rnathan@nathanlawpractice.com

*Attorneys for Plaintiff*

Dated: September 18, 2025    **BMO FINANCIAL GROUP**

By: /s/ *Jeffrey Jamison*
Jeffrey Jamison, Esq.
320 South Canal Street
Chicago, IL 60606
Telephone: (312) 461-4694
E-Mail: Jeffrey.Jamison@bmo.com

*Attorneys for Defendant*

*Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(1), Reuben D. Nathan hereby attests that concurrence in the filing of this document and its contents was obtained from all signatories listed above.*

Dated: September 25, 2025           By: /s/ Reuben D. Nathan
                                        Reuben D. Nathan