Reuben D. Nathan, Esq. (SBN 208436)
**NATHAN & ASSOCIATES, APC**
2901 W. Coast Hwy., Suite 200
Newport Beach, CA 92663
Office: (949) 270-2798
Email: rnathan@nathanlawpractice.com

Ross Cornell, Esq. (SBN 210413)
**LAW OFFICES OF ROSS CORNELL, APC**
40729 Village Dr., Suite 8 - 1989
Big Bear Lake, CA 92315
Office: (562) 612-1708
Email: rc@rosscornelllaw.com

Michael J. Manning, Esq. (SBN 286879)
**MANNING LAW, APC**
26100 Towne Centre Drive
Foothill Ranch, CA 92610
Office: (949) 200-8755
Email: privacy@manninglawoffice.com

Attorneys for Plaintiff: JOHN TASKER
*[Attorneys for Defendants on next page]*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TASKER, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>BMO BANK, N.A., an Illinois corporation, and DOES 1-10, inclusive,<br><br>  Defendants. | Case No.: 5:25-cv-1304-CV-SP<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE CLASS CLAIMS; [PROPOSED] ORDER** |

Jeffrey Jamison, Esq.
Jeffrey.Jamison@bmo.com
Legal, Regulatory Compliance, and Procurement
BMO FINANCIAL GROUP
320 South Canal Street
Chicago, IL 60606
Telephone: (312) 461-4694

Attorney for Defendant
BMO BANK, N.A., an Illinois corporation

STIPULATION FOR DISMISSAL

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiff JOHN TASKER ("Plaintiff") and Defendant BMO BANK, N.A., an Illinois corporation ("Defendant"), acting by and through their respective counsel of record, hereby stipulate to dismiss this action in its entirety with prejudice as to Plaintiff's individual claims and without prejudice as to the class claims, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: October 30, 2025

**NATHAN & ASSOCIATES, APC**

By: /s/ Reuben D. Nathan
Reuben D. Nathan
2901 West Coast Highway, Suite 200
Newport Beach, CA 92660
Telephone: (949)270-2798
E-Mail: rnathan@nathanlawpractice.com

*Attorneys for Plaintiff*

Dated: October 30, 2025

**BMO FINANCIAL GROUP**

By: /s/ Jeffrey Jamison
Jeffrey Jamison, Esq.
320 South Canal Street
Chicago, IL 60606
Telephone: (312) 461-4694
E-Mail: Jeffrey.Jamison@bmo.com

*Attorneys for Defendant*

/ / /

/ / /

/ / /

*Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(1), Reuben D. Nathan hereby attests that concurrence in the filing of this document and its contents was obtained from all signatories listed above.*

Dated: October 30, 2025                By: /s/ Reuben D. Nathan
                                                     Reuben D. Nathan