1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TASKER, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> BMO BANK, N.A., an Illinois corporation, and DOES 1-10, inclusive, <br><br> Defendant. | Case No. 5:25-cv-1304-CV (SPx) <br><br> **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE CLASS CLAIMS** |

On October 30, 2025, the parties filed a stipulation to dismiss Plaintiff's individual claims with prejudice and Plaintiff's class claims without prejudice ("Stipulation"). Doc. # 24. The Court, having considered the Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS as follows:

1. This action is dismissed in its entirety, with prejudice as to Plaintiff's individual claims and without prejudice as to the class claims.
2. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: 12/8/25

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE